■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MAYERS, Appellant. [650 NYS2d 575] —Appeal by the defendant from a judgment of the County Court, Nassau County (Belfi, J.), rendered March 16, 1994, convicting him of criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the third degree, and resisting arrest, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The disclosure form served by the People at the defendant's arraignment, which specified the date, time, place, and man-

ner of identification by the confidential informant, provided the defendant with appropriate notice pursuant to CPL 710.30 (1) (*see, e.g., People v Collins,* 60 NY2d 214; *People v Bowman,* 211 AD2d 590; *People v Ocasio,* 183 AD2d 921).

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are either unpreserved for appellate review or without merit. Mangano, P. J., Bracken, Thompson and McGinity, JJ., concur.